## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JANE DOE, et al., | Case No. 0:24-cv-01570 (JWB/ECW) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| THE NATURE CONSERVANCY, DOUGLAS SHAW, and Does 1 through 30, inclusive, | |
| Defendants. | |

The undersigned counsel hereby notifies the Honorable Court and counsel that Tracey Holmes Donesky, Keith Moheban, Kelly Maxwell and Sharon Beck of the law firm Stinson LLP will appear as counsel of record for Defendant The Nature Conservancy in the above-captioned case[1].

---

[1] Defendant reserves all rights including, but not limited to, any and all defenses. The filing of this administrative notice is subject to, and without waiver of, any rights, defenses and other objections.

189109695

Dated:  May 13, 2024

/s/ *Tracey Holmes Donesky*
Tracey Holmes Donesky (#0302727)
Keith Moheban (#0216380)
Kelly Maxwell (#400668)
Sharon Beck (#0403489)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1479
tracey.donesky@stinson.com
keith.moheban@stinson.com
Kelly.maxwell@stinson.com
Sharon.beck@stinson.com

**Attorneys for The Nature Conservancy**