UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Doe One et al.,

    Plaintiffs,

v.

The Nature Conservancy et al.,

    Defendants.

Case No. 24-cv-1570 (JWB/DTS)

**ORDER**

When Plaintiffs' Motion to File Complaint Under Pseudonym and Seal the Complaint [Dkt. No. 6] was denied [Dkt. No. 57], parties were ordered to Meet and Confer regarding the redaction of Paragraph 32 of the Complaint [Dkt. No. 1] by August 30, 2024.

Plaintiffs informed the Court on August 28, 2024 that they will proceed pursuant to the order denying the pseudonyms and no longer seek redactions on the Complaint [Dkt. No. 1]. Plaintiffs also informed Defendants of this decision, who do not oppose proceeding in this manner. Pursuant to the parties' agreement,

**IT IS HEREBY ORDERED**: The Clerk is directed to **unseal** the following documents: Dkt. No. 1, Dkt. No. 2.

Dated: August 30, 2024

                                                    s/David T. Schultz
                                                   DAVID T. SCHULTZ
                                                   U.S. Magistrate Judge