## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JESSICA BLAIR, ANDREA BRANDON, CORISSA BUSSE, SACHIKO GRABER, and ALORA JONES, | Case No. 0:24-cv-01570 (JWB/SGE) |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| THE NATURE CONSERVANCY, DOUGLAS SHAW, and Does 1 through 30, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties in the above-entitled action, by and through their undersigned counsel, hereby stipulate to **DISMISS** the above-entitled action in its entirety and **WITH PREJUDICE**, without attorneys' fees, costs, disbursements, or expenses to any party. The Parties further stipulate that the Court may enter an order dismissing the action with prejudice in its entirety without further notice of hearing.

Electronically Signed using eSignOnline™ [ Session ID : 86102f16-155c-4446-abe9-b04dd61c1e8f ]

Dated: ___S /3/___, 2025

Therese M. Lawless (CA #127341)
Emily S. McGrath (CA #289624)
Sinclaire M. Parer (CA #346148)
LAWLESS, LAWLESS & McGRATH
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 391-7555
Facsimile: (415) 391-4228
tlawless@lawlesssf.com
emcgrath@lawlesssf.com
sparer@lawlesssf.com

Christopher Moreland (#0278142)
Amy Boyle (#0392635)
MSB Employment Justice LLP
6400 Flying Cloud Drive, Suite 215
Minneapolis, MN 55344
Telephone: (612) 677-2352
cmoreland@MSBJUSTICE.COM
aboyle@MSBJUSTICE.COM

Attorneys for Plaintiffs

Dated: __6/24/___, 2025

Tracey Holmes Donesky (#0302727)
Keith Moheban (#0216380)
Kelly Maxwell (#400668)
Sharon Beck (#0403489)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1500
tracey.donesky@stinson.com
keith.moheban@stinson.com
kelly.maxwell@stinson.com
sharon.beck@stinson.com

**Attorneys for Defendant**
**The Nature Conservancy**

Dated: _____June 8_____, 2025

                      Sara L. Lewenstein (#0400160)
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7501
slewenstein@nilanjohnson.com

**Attorney for Defendant Douglas Shaw**

3